1  MICHAEL C. SERVERIAN (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2  **SERVERIAN & STOCK**
   96 No. Third Street, Suite 500
3  San Jose, California 95112
   Telephone : (408) 293-0463
4  Facsimile : (408) 293-9514

5  Attorneys for Defendant
   WILLIAM JAMES TILLEY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEN BRIESE,<br><br>  Plaintiff,<br><br>vs.<br><br>WILLIAM JAMES TILLEY, and DOES 1 through 100,<br><br>  Defendants. | Case No. C-08-04233 MEJ<br><br>**STIPULATION AND ORDER RE: LIABILITY** |

IT IS HEREBY AGREED AND STIPULATED BY and between the parties, by and through their respective counsel of record, as follows:

1. As to the claims of Plaintiff LEN BRIESE, Defendant WILLIAM JAMES TILLEY hereby admits liability in connection with the July 21, 2007 automobile accident, and agrees to withdraw any defenses as to any liability issues thereby removing inter alia, any issues of liability or comparative negligence on the party of LEN BRIESE, or any other named party or potential defendant.

2. The parties hereby agree that the only remaining issue for trial by jury is the nature and extent of injuries sustained by Plaintiff LEN BRIESE resulting from the automobile accident of July 21, 2007, and the amount of damages for which the Defendant is liable.

1
STIPULATION AND ORDER RE: LIABILITY

Dated: September 9, 2009

RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK

By: _____
Julia J. Parranto
Attorney for Plaintiff
LEN BRIESE

Dated: September 9, 2009

RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK

By: _____
MICHAEL C. SERVERIAN
Attorneys for Defendant
WILLIAM JAMES TILLEY

**ORDER**

DATED: September 29, 2009

_Judge Maria-Elena James_
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION AND ORDER RE: LIABILITY