UNITED STATES DISTRICT COURT

Northern District of California

LEN BRIESE,

                Plaintiff(s),                No. C 08-04233 MEJ

  v.                                                  **ORDER RE STATUS REPORT**

WILLIAM J. TILLEY,

                Defendant(s).

_____/

The Court is in receipt of the parties' Joint Status Report, filed November 12, 2009. (Dkt. #17.) As it appears that the parties wish to proceed to trial, but additional discovery may be necessary, the Court hereby ORDERS the parties to file a joint case management statement with proposed deadlines for any additional pretrial matters, including discovery and dispositive motions, by November 24, 2009.

**IT IS SO ORDERED.**

Dated: November 13, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge