UNITED STATES DISTRICT COURT

Northern District of California

LEN BRIESE,

        Plaintiff(s),                     No. C 08-04233 MEJ

   v.

WILLIAM J. TILLEY,                  **ORDER RE TRIAL SCHEDULING**

        Defendant(s).
_____/

The Court is in receipt of the parties' Joint Case Management Statement, filed November 20, 2009. As it appears that this matter should proceed to trial, the Court hereby ORDERS the parties to meet and confer to determine their availability for a trial in 2010. The parties shall then file a joint statement of availability. The parties should be aware that the first available week for a trial is April 19, 2010, and the following weeks are unavailable:

May 10 - 28, 2010
May 31 - June 11, 2010
June 28, 2010 - August 27, 2010
September 6 - 24, 2010
October 11 - 15, 2010
November 22 - December 3, 2010
December 20 - 31, 2010

**IT IS SO ORDERED.**

Dated: December 10, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge