IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEN BRIESE,

        Plaintiff(s),

  vs.

WILLIAM JAMES TILLEY,

        Defendant(s).

No. C 08-4233 MEJ

**ORDER RE: TRIAL SCHEDULE**

On December 10, 2009, the Court ordered the parties to provide their availability for the purpose of scheduling this matter for a trial. (Dkt. #20.) Three months later, the parties have filed a response, stating that they are available the week of November 15, 2010. (Dkt. #21.) Unfortunately, in the three months since the Court issued its order, another trial has been scheduled to take place that week. Accordingly, the Court hereby ORDERS the parties to meet and confer to determine their availability for a trial in 2010, and thereafter file a joint statement of availability. To avoid another delayed response, the Court ORDERS the parties to filed their joint statement by April 1, 2010. The following weeks are currently available for a trial in 2010:

August 30, 2010
September 27, 2010
October 18, 2010
October 25, 2010
November 1, 2010
December 6, 2010

**IT IS SO ORDERED.**

Dated: March 15, 2010

                                            MARIA-ELENA JAMES
                                            United States Magistrate Judge