UNITED STATES DISTRICT COURT

Northern District of California

LEN BRIESE,

           Plaintiff,

   v.

WILLIAM JAMES TILLEY,

           Defendant.
_____/

No. C 08-4233 MEJ

**ORDER RE: PRETRIAL CONFERENCE**

The Court is in receipt of Defendant's counsel's request to have a colleague attend the pretrial conference scheduled on September 23, 2010. Assuming that the representative colleague has full knowledge of the case and will fully participate in discussions at the conference, the Court GRANTS Defendant's request. If, however, the representative colleague does not have full knowledge of the case, counsel of record shall appear telephonically. If that is the case, counsel shall contact the courtroom deputy, Brenda Tolbert, by September 21, 2010, at (415) 522-4708 and provide a local or toll-free number at which he may be reached at the time of the pretrial conference.

**IT IS SO ORDERED.**

Dated: September 17, 2010

                                                                                                _____
                                                                                                Maria-Elena James
                                                                                                Chief United States Magistrate Judge