*Law Offices of*

# Julia J. Parranto

819 Sonoma Avenue, Santa Rosa, California 95404     Phone (707) 573-8868 Fax (707) 573-8886

October 4, 2010

Chief Magistrate Judge Maria-Elena James
Untied States District Court
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

**GRANTED**
*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:   Briese vs. Tilley, et al.
      U.S. District Court No. C-08-04233 MEJ

Dear Chief Magistrate Judge James:

   Plaintiff requests an Order allowing the use of a notebook computer and digital projector during trial. Plaintiff has a DVD containing the video testimony of Dr. Wayne Scheidemann, and also has demonstrative evidence to show the jury.

   Please advise if this is acceptable to the court.

                              Very truly yours,

                              Julia J. Parranto

JJP/sr

O:\CASEFILE\PI Cases\Bries-01\Court 10-4-10. 2.wpd