Julia J. Parranto, CBN 129638
julia@parrantolaw.com
**LAW OFFICES OF JULIA J. PARRANTO**
819 Sonoma Avenue
Santa Rosa, CA  95404
Phone (707)573-8868
Fax (707)573-8886

Attorney for Plaintiff
LEN BRIESE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEN BRIESE,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM JAMES TILLEY, and DOES 1 through 100,<br><br>    Defendants.<br>_____/ | Case No.: C-08-04233 MEJ<br><br>**ORDER RE: NEW TRIAL SCHEDULE** |

**ORDER**

It is ordered that the trial schedule will now be:

October 25, 2010 - October 28, 2010: 9:30 a.m. to 5:00 p.m., breaking for lunch from 12:00 p.m. to 1:30 p.m.;

November 1, 2010, 1:30 p.m. to 5:00 p.m.

IT IS SO ORDERED

Dated: October 4, 2010

_____
MARIA-ELENA JAMES
Chief United States Magistrate Judge

ORDER                                1