LAW OFFICES
**RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK**
A LAW CORPORATION

MICHAEL C. SERVERIAN
DAVID J. STOCK
JON A. HEABERLIN
SUJATA T. REUTER

96 NORTH THIRD STREET, SUITE 500
SAN JOSE, CALIFORNIA 95112-5572
TELEPHONE: (408) 293-0463
FACSIMILE: (408) 293-9514
E-MAIL: rankinlaw@rllss.com
Website: www.rllss.com

MAURICE J. RANKIN (1888-1975)
G. DAVID LANDSNESS (1944-1997)

BERNARD P. LAHDE (Ret.)

SAN CARLOS OFFICE
939 LAUREL STREET, SUITE D
SAN CARLOS, CALIFORNIA 94070

October 4, 2010

Chief Magistrate Judge Maria-Elena James
United States District Court
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Re:   <u>Briese v. Tilley, et al.</u>
      U.S. District Court No. C-08-04233 MEJ

Dear Chief Magistrate Judge James:

Defendant requests that your honor similarly grant Defendant the use of a computer and digital projector during trial.

Very truly yours,

MICHAEL C. SERVERIAN

MCS/sw
cc:   Julia Parranto

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Maria-Elena James]