UNITED STATES DISTRICT COURT

Northern District of California

LEN BRIESE,

              Plaintiff,                            No. C 08-4233 MEJ

  v.

WILLIAM JAMES TILLEY,                         **FINAL PRETRIAL ORDER**

              Defendant.

_____/

       Based on discussions at the October 21, 2010 final pretrial conference in this matter, the Court hereby ORDERS as follows:

1.    The trial in this matter shall take place in Courtroom D. On Monday, October 25, 2010, the parties shall appear at 9:00 a.m. Jury selection will begin at 9:30 a.m., with trial commencing at 1:20 p.m. For each subsequent day, trial will proceed as follows:

| | |
|---|---|
| 9:30 a.m. | Trial commences (except Tuesday, which will begin at 10:30a.m. to allow for Plaintiff to depose Defendant's expert) |
| 11:00 a.m. | 15 minute break |
| 11:15 a.m. | Trial resumes |
| 12:40 p.m. | Lunch |
| 1:20 p.m. | Trial resumes |
| 3:00 p.m. | Trial concludes for the day |

2.    Each side has 6 hours to present their case. The 6 hours does not include opening and closing statements, which will be limited to 30 minutes each.

3.    As counsel for Defendant indicated that he may have to attend a mediation on Thursday, October 28, the trial schedule may be altered depending on whether counsel is required to

1 attend this mediation.

2  4. As discussed at the final pretrial conference, although testimony and closing arguments will have already concluded, there may be jury deliberations on Friday, October 29. Counsel must be present during deliberations, which will follow the regular trial schedule. If necessary, the jurors will deliberate on Monday, November 1, beginning at 1:20 p.m.

6  5. The Court will impanel an 8-person jury following voir dire. The Court has compiled questions based on the parties' proposed voir dire questions, which shall be asked first. Each side is then allotted 10 minutes for follow-up questions. After any hardship and for-cause dismissals, each side may exercise up to 3 peremptory challenges.

10  6. In order to avoid prejudice to either side, the Court will follow the normal rule regarding objections to evidence and other legal points which the Court must decide: No lengthy arguments in front of the jury. No sidebars. Any such argument should occur before 9:30 a.m. or after 3:00 p.m. unless it is unavoidable. Objections should consist of a citation to the Federal Rules of Evidence at issue and the applicable generic description (e.g. "relevance.")

15  7. The parties must rise when making an objection.

16  8. The parties must seek leave to approach witnesses.

**IT IS SO ORDERED.**

Dated: October 21, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California