Julia J. Parranto, (CBN 129638)
**LAW OFFICES OF JULIA J. PARRANTO**
819 Sonoma Avenue
Santa Rosa, CA  95404
Phone (707)573-8868
Fax (707)573-8886
Email: julia@parrantolaw.com

Attorney for Plaintiff
LEN BRIESE


MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS,  LAHDE,
    SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California  95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
Email: mserverian@rllss.com


Attorneys for Defendant
WILLIAM JAMES TILLEY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEN BRIESE, | Case No. C-08-04233 MEJ |
| Plaintiff, | [Proposed] **ORDER REGARDING BRINGING TRIAL EQUIPMENT INTO COURTROOM** |
| vs. | |
| WILLIAM JAMES TILLEY, and DOES 1 through 100, | Trial Date: October 25, 2010<br>Magistrate Judge Maria-Elena James<br>Courtroom B, 15th Floor |
| Defendants. | |

The parties hereby submit to the Court a list of the electronic equipment to be used during trial:

    1.    Two External Hard Drives

    2.    Three Laptops

3. LCD Projector
4. Two VGA Switches
5. VGA Cables: Three each 50', 25' and 15'
6. Power Cables: Two each 15' (min" Power Cables
7. Four Power Strips
8. One Roll Gaffers Tape
9. Tri Pod and Platen

The parties will be responsible for the setting up and removing of the equipment in the Courtroom.

Dated: October 21, 2010                    PARRANTO LAW FIRM

                                           By:    /s/
                                           Julia J. Parranto
                                           Attorney for Plaintiff
                                           LEN BRIESE


Dated: October 21, 2010                    RANKIN, LANDSNESS, LAHDE,
                                           SERVERIAN & STOCK


                                           By:    /s/
                                           MICHAEL C. SERVERIAN
                                           Attorneys for Defendant
                                           WILLIAM JAMES TILLEY

**IT IS SO ORDERED**
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA