MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
  **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California  95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

Attorneys for Defendant
WILLIAM JAMES TILLEY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEN BRIESE, | Case No. C-08-04233 MEJ |
| Plaintiff, | **STIPULATION AND ORDER RE ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT AND DISMISSAL OF CASE** |
| vs. | |
| WILLIAM JAMES TILLEY, and DOES 1 through 100, | |
| Defendants. | |

   IT IS HEREBY STIPULATED BY and through respective counsel for plaintiff and defendant, as follows:

   1. Plaintiff acknowledges that defendant has fully satisfied the judgment reflecting the jury's award in this case; and

   2. The case may be dismissed and the court's file closed.

Dated: December 7, 2010                    LAW OFFICES OF JUILA PARRANTO

                                           By:  _____/s/_____
                                                Julia J. Parranto
                                                Attorney for Plaintiff
                                                LEN BRIESE

Dated: December 7, 2010

RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK

By:    /s/
MICHAEL C. SERVERIAN
Attorneys for Defendant
WILLIAM JAMES TILLEY

## **ORDER**

The court accepts the stipulation of the parties. The court finds that the defendant has fully satisfied the judgment reflecting the jury's award in this case and that this case may be dismissed and the court's file closed. And then a signature line for Magistrate Elena James.

DATED: December 9, 2010

*[Signature: Judge Maria-Elena James, United States District Court, Northern District of California]*